IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GEORGIA HAY                                                                                           PLAINTIFF

v.                                      Case No. 1:19-cv-1050

DOLLAR TREE STORES, INC.                                                                 DEFENDANT

## ORDER

Before the Court is an Unopposed Motion to Withdraw filed by Nelson T. Rainey. (ECF No. 50). Mr. Rainey requests to be relieved as counsel of record for Defendant. Mr. Rainey states that Defendant will continue to be represented by its other counsel of record.

Upon consideration, the Court finds that the motion (ECF No. 50) should be and hereby is **GRANTED**. Mr. Rainey is hereby relieved as counsel of record for Defendant. The Clerk of Court is **directed** to remove Mr. Rainey from the CM/ECF notification system for this case. Defendant shall continue to be represented by its other counsel of record.

**IT IS SO ORDERED**, this 14th day of June, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge