IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GEORGIA HAY,                                                                                    PLAINTIFF

v.                            Case No. 1:19-cv-1050

DOLLAR TREE STORES, INC.,                                                       DEFENDANT

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2).  (ECF No. 57). The discovery deadline in this case expired on July 5, 2021. (ECF No. 48).  Plaintiff has advised that Defendant intends to call an expert witness to testify on the issue of damages at trial.  Plaintiff is unable to depose Defendant's expert and asserts that she cannot explore realistic settlement prospects under the circumstances.

Upon consideration, the Court finds that the Motion to Dismiss should be and hereby is **GRANTED**. The above case is hereby **DISMISSED WITHOUT PREJUDICE**, with the condition that if the matter is refiled, Plaintiff will be ordered to pay any additional costs and reasonable attorney's fees that Defendant incurs as a result of refiling.

**IT IS SO ORDERED**, this 17th day of September, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge